1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7

8 EASTERN DISTRICT OF CALIFORNIA

9  JOHN RAY DYNES,                              )  1:07-cv-01739 OWW-TAG (HC)
                                               )
10                                             )  ORDER ADOPTING FINDINGS AND
                   Petitioner,                 )  RECOMMENDATIONS (Doc. 6)
11                                             )
       v.                                      )  ORDER DISMISSING PETITION FOR WRIT
12                                             )  OF HABEAS CORPUS (Doc. 1)
                                               )
13  SUPERIOR COURT OF KERN COUNTY, )  ORDER DIRECTING CLERK OF COURT
                                               )  TO ENTER JUDGMENT
14                                             )
                   Respondent.                 )
15                                             )
                                               )
16

17       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2254.

19       On January 18, 2008, the Magistrate Judge assigned to the case filed Findings and

20  Recommendations recommending the petition for writ of habeas corpus be dismissed because it

21  did not state grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254.   (Doc 6).

22  The Findings and Recommendations were served on all parties and contained notice that any

23  objections were to be filed within twenty days from the date of service of that order.  To date, the

24  parties have not filed timely objections to the Findings and Recommendations.

25       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

26  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

27  the Magistrate Judge's Findings and Recommendations are supported by the record and proper

28  analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed January 18, 2008 (Doc. 6), are

3          ADOPTED IN FULL;

4    2.    The Petition for Writ of Habeas Corpus (Doc. 1), is DISMISSED; and

5    3.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

6    This order terminates the action in its entirety.

7    IT IS SO ORDERED.

8    **Dated:    March 13, 2008**                          **/s/ Oliver W. Wanger**
                                                           UNITED STATES DISTRICT JUDGE